

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ISMAT MUHTASEB, an individual

Plaintiff(s),

v.

Case No.: 07-21869

Judge:

EXPERIAN INFORMATION SOLUTIONS, INC.
TRANSUNION, LLC.
WEST ASSET MANAGEMENT, INC.
AARGON AGENCY, INC.
    Defendant(s),

CIV-HOEVELER

MAGISTRATE JUDGE BROWN

# COMPLAINT

Plaintiff, **ISMAT MUHTASEB,** on behalf of herself, through the undersigned attorneys, files this Complaint against **EXPERIAN INFORMATION SOLUTIONS, INC. (herein "EXPERIAN"), TRANSUNION, LLC. (herein "TRANSUNION"), WEST ASSET MANAGEMENT, INC., (herein "WEST ASSET"), AARGON AGENCY, INC. (herein "AARGON"), Defendants(s),** and states as follows:

### A. JURISDICTION

1. This is an action for damages brought by and individual consumer against the defendants for violations of the Fair Credit Reporting Act (herein the "FCRA") 15 U. S. C. § 1681 et seq., as amended.

2. Jurisdiction of this Court arises under 15 U. S. C. § 1681p, 28 U. S. C. § 1331, 1337 and 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

3. The Defendant **EXPERIAN** is a business entity that regularly conducts business through out every state and county in the United States and, as a corporation that conducts business in the State of Florida, is a citizen of the State of Florida. **EXPERIAN** is a "consumer reporting agency", as defined in 15 U.S.C. §1681(f). **EXPERIAN** is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. §1681(d) to third parties.

4. The Defendant **TRANSUNION** is a business entity that regularly conducts business through out every state and county in the United States and, as a corporation that conducts business in the State of Florida, is a citizen of the State of Florida. **TRANSUNION** is a "consumer reporting agency", as defined in 15 U.S.C. §1681(f). **TRANSUNION** is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. §1681(d) to third parties.

5. The Defendant **WEST ASSET** is a business entity that regularly conducts business in the State of Florida and, as such, is a citizen of

the State of Florida. This Defendant is also a furnisher of information as stated in 15 U. S. C. §1681.

6. The Defendant **AARGON** is a business entity that regularly conducts business in the State of Florida and, as such, is a citizen of the State of Florida. This Defendant is also a furnisher of information as stated in 15 U. S. C. §1681.

### B. VENUE

7. The venue is proper in the United States District Court for the Southern District of Florida based upon the following:

   a. The violations of the FCRA/FDCPA alleged below occurred and/or were committed in **Miami Dade** County, Florida, in the Southern District of Florida;

   b. At all times material hereto, Defendants, were and continue to be corporations engaged in the business and/or activity of reporting under the FCRA in **Miami Dade** County, Florida and as such are citizens of the State of Florida.

8. Plaintiff, **ISMAT MUHTASEB,** (hereinafter "Plaintiff"), is an individual residing in the County of **Miami Dade,** State of Florida, and is a "consumer" as that term is defined by 15 U. S. C. § 1681 et seq., as amended and 15 U.S.C. § 1692 et seq.

9. All Defendants are business entities which regularly conduct business through out most every state and county in the United States; as corporations that conduct business in the State of Florida, they are all citizens of the State of Florida.

## C. FACTS COMMON TO ALL COUNTS

10. Plaintiff is an individual consumer as defined by the FCRA §1681, et seq., as amended. Plaintiff is alleged to have incurred a financial obligation for primarily personal, family or household purposes.

11. On or about date March 7, 2007, Plaintiff sent dispute letters to Defendants **EXPERIAN & TRANSUNION,** including her personal identification, stating that these accounts did not belong to her.

12. Defendants **EXPERIAN & TRANSUNION** received these dispute letters on or about March 12, 2007.

13. Defendant **EXPERIAN & TRANSUNION** responded to Plaintiff's dispute letter verified the trade lines and continued to report said accounts inaccurately.

14. **EXPERIAN & TRANSUNION** failed to delete the **WEST ASSET** and **AARGON.**

15. Upon information and belief **EXPERIAN,** and **TRANSUNION** sent some type of notice, using a consumer dispute verification form or automated consumer dispute verification form, to all Defendant furnishers, including but not limited to, WEST ASSET & AARGON.

16. Plaintiff has been damaged because this misleading information and/or error has impaired her ability to build her credit worthiness and to obtain new financial lending.

17. As a direct result of said errors, Defendants have misinformed third parties as to the status of these accounts. Defendants have reflected credit information which is incorrect, inaccurate, misleading, and/or false.

18. As a direct result of Defendants actions, when applying for lending, third parties, believing the accounts are still open and due, have either denied Plaintiff credit or conditioned the terms of new financing that said "open" or "outstanding" debts be paid in full.

### D. CAUSES OF ACTION

**COUNT ONE**
**VIOLATION OF THE**
**Fair Credit Reporting Act by**
**Defendants EXPERIAN & TRANSUNION**
**15 U.S.C § 1681, et seq.**

19.     Plaintiff incorporates paragraphs 1 through 18 as though fully stated herein.

20.     In the entire course of its actions Defendants **EXPERIAN & TRANSUNION** willfully and/or negligently violated the provisions of the FCRA in the following respects:

   a. By willfully and/or negligently failing, in the preparations of the consumer reports concerning Plaintiff to follow reasonable procedures to assure maximum possible accuracy of the information in the report.

   b. By willfully and/or negligently failing, to disclose the nature and substance of all information in its files on the plaintiff at the time of the request in violation of § 1681g(a)(1) of the FCRA.

   c. By willfully and/or negligently failing, to delete incomplete and inaccurate information on Plaintiff's file after conducting a reinvestigation, in violation of § 1681i(a) of the FCRA.

   d. By willfully and/or negligently failing, to contact the sources suggested by Plaintiff during the reinvestigation in violation of § 1681i(a) of the FCRA.

   e. By willfully and/or negligently failing, to provide subsequent users of the report with Plaintiffs statement of

dispute or a summary thereof, in violation of § 1681i(c) of the FCRA.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that judgment be entered against Defendants **EXPERIAN** & **TRANSUNION** for:

- For an award of actual damages;
- For an award of statutory damages;
- For an award of Punitive damages;
- For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n and § 1681o against the Defendant; and
- For a final order directing that the defendants delete all of the inaccurate information from Plaintiffs credit reports and files and cease reporting the inaccurate information to any and all persons and entities to whom they report consumer credit information.

## COUNT TWO
### Violation of the Fair Credit Reporting Act by WEST ASSET & AARGON AGENCY
### 15 U.S.C § 1681s-2(b), et seq.

21.   Plaintiff incorporates paragraphs 1 through 18 as though fully stated herein.

21.   At all times pertinent here to, this Defendant **"WEST ASSET"** and **"AARGON"** was a "person" as that term is defined

by 15 U. S. C. § 1681a(b) and "furnisher" of information to the credit reporting agencies.

23. This Defendant violated § 1681n and § 1681o of the FCRA by engaging in the following conduct that violates 15 U. S. C. § 1681s(2)(b). In the entire course of its actions Defendants willfully and/or negligently violated these provisions of the FCRA in the following respects:

　a. By willfully and/or negligently failing to conduct an investigation of the inaccurate information that Plaintiff disputed;

　b. By willfully and/or negligently failing, to review all relevant information concerning Plaintiff's account provided to these Defendants;

　c. By willfully and/or negligently failing, to report the inaccurate status of the inaccurate information to all credit reporting agencies;

　d. By willfully and/or negligently failing to delete incomplete and inaccurate information on Plaintiff's file after conducting an investigation.

　e. By willfully and/or negligently failing, to properly participate, investigate and comply with the re-investigations that were conducted by any and all credit

reporting agencies concerning the inaccurate information disputed by plaintiff.

f. By willfully and/or negligently continuing to furnish and disseminate inaccurate and derogatory credit, account, and other information concerning the plaintiff to credit reporting agencies and other entities despite knowing that said information was false or inaccurate.

g. By willfully and negligently failing to comply with the requirements imposed on furnishers of information pursuant to 15 U. S. C. § 1681s-2(b).

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that judgment be entered against these Defendants for:

- For an award of actual damages;
- For an award of statutory damages;
- For an award of Punitive damages;
- For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n and § 1681o against the Defendant; and

## COUNT THREE
## VIOLATION OF THE
## FAIR DEBT COLLECTION PRACTICES ACT
## BY WEST ASSET & AARGON AGENCY
## 15 U.S.C § 1692 et seq.

24. Plaintiff incorporates paragraphs 1 through 19 as though fully stated herein.

25. Upon information and belief, the foregoing acts and omissions of Defendants as further described within this Complaint constitute violations of some of the provisions FDCPA, as such, upon information and belief each and every of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq. are at issue.

26. Upon information and belief, **WEST ASSET & AARGON**, have specifically violated section 15 U.S.C. § 1692 E(2), E(8) and F(1) of the FDCPA.

27. As a result of Defendant's violations of the FDCPA, Plaintiff has suffered out- of-pocket expenses as well as other actual damages and is therefore entitled to an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in the amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from Defendant.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that judgment be entered against Defendant for:

- For an award of actual damages pursuant to 15. U.S.C. § 1692k(a)(1) against Defendant;

- For an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A), against Defendant;

- For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3), Defendant; and

- For such other and further relief as may be just and proper.

## E. JURY TRIAL DEMAND

Plaintiff is entitled to and hereby demands a Trial by Jury as stated in the US Const. Amend. 7 and Fed. R. Civ. Pro. 38.

Dated and filed this 11th day of July of 2007.

Respectfully submitted,
Law Offices of
**GHAZAL& GOMEZ, P. A.**
**ATTN: MICHAEL GOMEZ, ESQ.**
Attorney for Plaintiff
1930 Tyler Street
Hollywood, FL 33020
Tel. 954.921.7676
Fax. 954.925.7816

_____
File by: Samira Ghazal, ESQ.
FBN: 0864617

Page 11 of 11

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
ISMAT MUHTASEB

07-21869

**DEFENDANTS** Experian Info. Services
TransUnion, LLC
West Asset Management, Inc.
Aarson Agency, Inc.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) 954-921-7676
Michael Gomez
1930 Tyler Street Hollywood, FL 33020

ATTORNEYS (IF KNOWN)

**CIV-HOEVELER**

**MAGISTRATE JUDGE BROWN**

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

1:2007cv21869

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability / ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | PERSONAL PROPERTY / ☐ 370 Other Fraud / ☐ 371 Truth in Lending / ☐ 380 Other Personal Property Damage / ☐ 385 Property Damage Product Liability | B☐ 690 Other | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence HABEAS CORPUS: | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | A☐ 535 Death Penalty | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | B☐ 540 Mandamus & Other | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 550 Civil Rights | A☐ 871 IRS — Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 555 Prison Condition | | |

FILED by ___ TG
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI
JUL 20 2007

☐ 791 Empl. Ret. Inc. Security Act

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
15 U.S.C § 1681 § 1692

FCRA

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

DEMAND $

CHECK YES only if demanded in complaint:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 07/17/07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 963581  AMOUNT $350.00  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

07/20/07